George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff King Scott*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| King Scott,<br><br>            Plaintiff<br><br>v.<br><br>National Consumer Telecom & Utilities Exchange, Inc. and Clarity Services, Inc.,<br><br>            Defendants | Case No.: 2:25-cv-00398-CDS-NJK<br><br>**Order Granting Unopposed Motion for Extension of Time to File Dismissal Documents**<br><br>[ECF No. 18] |

    The dispute between King Scott ("Plaintiff") and National Consumer Telecom & Utilities Exchange, Inc. ("Defendant") (together as the "Parties") has been resolved.

    On May 13, 2025, Plaintiff filed a Notice of Settlement and requested 60 days to file dismissal documents. ECF No. 15.

    Accordingly, Plaintiff, by and through counsel, hereby submits this Unopposed Motion for Extension of Time to File Dismissal Documents.

The parties have reached settlement terms, and the settlement agreement is awaiting final approval and signatures. Once the settlement agreement is finalized, Plaintiff will dismiss the claims against Defendant with Prejudice.

Plaintiff requests, and Defendant does not oppose the request, that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court allow the parties an additional 30 days, until on or before **August 13, 2025**, to file dismissal documents.

Dated: July 14, 2025.

**FREEDOM LAW FIRM**

 /s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff King Scott*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  July 21, 2025