George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff King Scott*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

King Scott,

        Plaintiff

v.

National Consumer Telecom & Utilities Exchange, Inc.,

        Defendant

Case No.: 2:25-cv-00398-CDS-NJK

**Stipulation for dismissal of National Consumer Telecom & Utilities Exchange, Inc. with prejudice**

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, King Scott and National Consumer Telecom & Utilities Exchange, Inc. stipulate to dismiss Plaintiff's claims against National Consumer Telecom & Utilities Exchange, Inc. with prejudice.

///

///

///

///

///

_____
STIPULATION

Each party will bear its own costs, disbursements, and attorney fees.

Dated: August 13, 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff King Scott*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for National Consumer Telecom & Utilities Exchange, Inc.*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge

Dated: August 14, 2025

STIPULATION                                       - 2 -